**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **2SSS, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Zino's** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **8  3 – 4  5  5  3  0  9  3** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20041 S. Tamiami Trail, #19** | **9700 Fox Hallway, #2** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Estero**           **FL**    **33928** | **Estero**           **FL**    **33928** |
| City               State    ZIP Code | City               State    ZIP Code |
| **Lee** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City               State    ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor   **2SSS, LLC** _____   Case number (if known) _____

**7.   Describe debtor's business**

A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **2SSS, LLC**_____    Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes. District _____ When _____ Case number _____
                                                          MM / DD / YYYY

   District _____ When _____ Case number _____
                                                          MM / DD / YYYY

   District _____ When _____ Case number _____
                                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
                                         MM / DD / YYYY

    Case number, if known _____

    Debtor _____ Relationship _____

    District _____ When _____
                                         MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **2SSS, LLC**_____  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number      Street

                            _____

                            _____
                            City                          State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____

        Contact name  _____

        Phone  _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **2SSS, LLC**                                              Case number (if known) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. **Declaration and signature of authorized representative of debtor** | ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■  I have been authorized to file this petition on behalf of the debtor. |
| | ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/07/2023**
MM / DD / YYYY

X **/s/ Michael Franzino**
Signature of authorized representative of debtor

**Michael Franzino**
Printed name

**President**
Title

18. **Signature of attorney**      X **/s/ Richard J. Hollander**              Date **12/07/2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Richard J. Hollander**
Printed name

**Miller, Hollander & Jeda**
Firm name

**5278 Golden Gate Pkwy**
Number        Street

**Suite 2**

**Naples**                                    **FL**      **34116**
City                                       State     ZIP Code

**(239) 775-2000**                              **millerandhollander@comcast.net**
Contact phone                                 Email address

**884900**
Bar number                                    State

**Fill in this information to identify the case**

Debtor name    **2SSS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. **Checking account (Chase Bank)** | **Checking account** | 1 8 8 0 | $0.00 |
| 3.2. **Savings account (Chase #1898)** | **Savings account** | 1 8 9 8 | $1.00 |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $1.00 |
|---|

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes.  Fill in the information below.

Debtor   **2SSS, LLC**                                         Case number (if known) _____
      Name

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9. Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.

| | $0.00 |
|---|---|

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

   ☒ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a.  90 days old or less: _____  −  _____  =  .............. ➔  _____
                 face amount            doubtful or uncollectible accounts

11b.  Over 90 days old: _____  −  _____  =  .............. ➔  _____
                 face amount            doubtful or uncollectible accounts

**12. Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $0.00 |
|---|---|

## Part 4:  Investments

**13. Does the debtor own any investments?**

   ☒ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

**Valuation method used for current value**　　**Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:            % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

**17. Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

Debtor   __2SSS, LLC_____   Case number (if known) _____
              Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor     __2SSS, LLC_____     Case number (if known) _____
           Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.    **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42. Copy the total to line 86.

$0.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
       Add lines 47 through 50. Copy the total to line 87.

$0.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

Debtor     __2SSS, LLC_____     Case number (if known) _____
           Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     | **$0.00** |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| __4COP liquor license_____ | _____ | _____ | __Unknown__ |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.     | **$0.00** |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   __2SSS, LLC_____   Case number (if known) _____
              Name

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                                          **Current value of
                                                                                          debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

    __ERC estimated $186000_____       __$186,000.00__

    Nature of claim        __ERC_____

    Amount requested       _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                   | $186,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **2SSS, LLC**                                         Case number (if known) _____
          Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $186,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $186,001.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................... **$186,001.00**

**Fill in this information to identify the case:**

Debtor name    **2SSS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____
_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

_____ **$0.00**

**Fill in this information to identify the case:**

Debtor   **2SSS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

Debtor    **2SSS, LLC**_____    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

                                                                                 Amount of claim

**3.1**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **$4,260.00**
                                              *Check all that apply.*
**Alsco**_____
**1100 N. Lime Ave.**_____       ☐ Contingent
_____       ☐ Unliquidated
                                              ☐ Disputed

**Sarasota**_____**FL**____**34237**       **Basis for the claim:**

Date or dates debt was incurred _____     _____

Last 4 digits of account number    **8**  **3**  **9**  **7**     **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.2**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **$28,742.00**
                                              *Check all that apply.*
**Amex**_____
**200 Vesey St.**_____       ☐ Contingent
_____       ☐ Unliquidated
                                              ☐ Disputed

**New York**_____**NY**____**10285**       **Basis for the claim:**

Date or dates debt was incurred _____     _____

Last 4 digits of account number    **1**  **0**  **0**  **8**     **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.3**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **$45,135.00**
                                              *Check all that apply.*
**Bank of America**_____
**100 N. Tryon Street**_____       ☐ Contingent
_____       ☐ Unliquidated
                                              ☐ Disputed

**Charlotte**_____**NC**____**28255**       **Basis for the claim:**

Date or dates debt was incurred _____     _____

Last 4 digits of account number    **9**  **8**  **3**  **7**     **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.4**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **$8,482.00**
                                              *Check all that apply.*
**Bank of America**_____
**100 N. Tryon Street**_____       ☐ Contingent
_____       ☐ Unliquidated
                                              ☐ Disputed

**Charlotte**_____**NC**____**28255**       **Basis for the claim:**

Date or dates debt was incurred _____     _____

Last 4 digits of account number    **4**  **0**  **5**  **5**     **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

Debtor **2SSS, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** **Nonpriority creditor's name and mailing address**

**Brian J. Downey, Esq.**

**14090 Metropolis Avenue, Suite 205**

_____

**Fort Myers**      **FL**     **33912**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.6** **Nonpriority creditor's name and mailing address**

**Capital One**

**P.O. Box 180**

_____

**St. Cloud**      **MN**    **56302**

Date or dates debt was incurred     _____

Last 4 digits of account number    **0 4 5 1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,625.00**

---

**3.7** **Nonpriority creditor's name and mailing address**

**Carisma James**

**1047 montie Rd**

_____

**Lincoln Park**      **MI**    **48146**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.8** **Nonpriority creditor's name and mailing address**

**Centurylink**

**100 Century Link Drive**

_____

**Monroe**      **LA**    **71203**

Date or dates debt was incurred     _____

Last 4 digits of account number    **4 0 6 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$298.00**

Debtor **2SSS, LLC**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

**Chris Franzino**

**9700 Foxhall Way, Unit 2**

_____

**Estero**                          **FL**      **33928**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$2,500.00

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address |

**Chuck Fike**

**10538 Jackson Square Dr.**

_____

**Estero**                          **FL**      **33928**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$113,000.00

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address |

**Citicards**

**P.O. Box 9001037**

_____

**Louisville**                      **KY**      **40290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$3,813.00

Date or dates debt was incurred      _____

Last 4 digits of account number      0   7   7   7

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address |

**David Peacock**

**17837 Vaca Ct.**

_____

**Ft. Myers**                       **FL**      **33908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$65,000.00

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **2SSS, LLC**_____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Diocesan**_____

**P.O. Box 547216**_____

_____

**Orlando**            **FL**    **32854**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$600.00**

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**DirecTv**_____

**P.O. Box 5006**_____

_____

**Carol Stream**            **IL**    **60197**

Date or dates debt was incurred    _____

Last 4 digits of account number    **0    3    7    3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$331.00**

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**Discover**_____

**P.O. Box 30943**_____

_____

**Salt Lake City**            **UT**    **84130**

Date or dates debt was incurred    _____

Last 4 digits of account number    **2    4    5    3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,131.00**

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**Ed Minicozzi**_____

**11 Oak Point Dr. West**_____

_____

**Bayville**            **NY**    **11709**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$50,000.00**

Debtor    **2SSS, LLC**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | **Nonpriority creditor's name and mailing address** |

**Frank Conway**

**20420 Corkscrew Shores Blvd.**

**Estero**                    **FL      33928**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,500.00**

| 3.18 | **Nonpriority creditor's name and mailing address** |

**Gilbert Rosenthal**

**c/o Gilbert Rosenthal, P.A.**

**10542 Jackson Square Dr.**

**Estero**                    **FL      33928**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

| 3.19 | **Nonpriority creditor's name and mailing address** |

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia**              **PA      19101-7346**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

| 3.20 | **Nonpriority creditor's name and mailing address** |

**Jack Webb Horton**

**23600 Brookville Ct.**

**Ft. Myers**                 **FL      33967**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,500.00**

Debtor   **2SSS, LLC**                                                Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$18,500.00

**James Carter**

**18073 Laurel Valley Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Ft. Myers**                **FL**        **33967**                _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$10,000.00

**Jason Sherman**

**23159 Amgci Way, #3-111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Estero**                **FL**        **33928**                _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,000.00

**John Heitmann**

**17836 Vaca Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Ft. Myers**                **FL**        **33908**                _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

Unknown

**John R. Benjamin**

**30 N. Gould St., Ste. 23809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sheridan**                **WY**        **82801**                _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| Debtor | **2SSS, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**Jorns & Associates ERC**

**88 Elm Street**

**Rochester**      **NY**   **14604**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$37,042.00**

---

**3.26**   Nonpriority creditor's name and mailing address

**Justin Jorns**

**30 N. Gould St., Ste. 23809**

**Sheridan**      **WY**   **82801**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.27**   Nonpriority creditor's name and mailing address

**Matt Franzino**

**17819 Vaca Ct.**

**Ft. Myers**      **FL**   **33908**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

---

**3.28**   Nonpriority creditor's name and mailing address

**Michael Franzino**

**9700 Faxhall Way, Unit 2**

**Estero**      **FL**   **33928**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$63,000.00**

---

Debtor __**2SSS, LLC**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**    Nonpriority creditor's name and mailing address

**Pruitt Cordell**

**19910 S. Tamiami Trail, Suite D**

**Estero**      **FL**    **33928**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,000.00

---

**3.30**    Nonpriority creditor's name and mailing address

**Ray Franzino**

**17819 Vaca Ct.**

**Ft. Myers**      **FL**    **33908**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$55,000.00

---

**3.31**    Nonpriority creditor's name and mailing address

**Richard Iafelice**

**11997 Princess Grace Ct.**

**Cape Coral**      **FL**    **33991**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,000.00

---

**3.32**    Nonpriority creditor's name and mailing address

**Ring Central**

**20 Davis Drive**

**Belmont**      **CA**    **94002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$129.00

---

Debtor __**2SSS, LLC**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.33 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$80,000.00**

__**Robert & Carol Demaria**_____
__**c/o M. Brian Cheffer, Esq.**_____
__**Cheffer & Hagen, P.A.**_____
__**2120 McGregor Boulevard**_____
__**Fort Myers**_____ **FL** ___ **33901**____

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __**9**_ _**0**_ _**3**_ _**9**_

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

__**Robert & Carol Demaria**_____
__**24917 Fairwinds Lane**_____
_____
__**Bonita Springs**_____ **FL** ___ **34135**____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

__**Rory Holcomb**_____
__**10119 Bismark Palms Ave**_____
_____
__**Las Vegas**_____ **NV** ___ **89166**____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$520,120.00**

__**SBA Loan**_____
__**P.O. Box 3918**_____
_____
__**Portland**_____ **OR** ___ **97208**____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __**8**_ _**1**_ _**0**_ _**5**_

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **2SSS, LLC**                                                     Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.37 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                                 **$48,000.00**
*Check all that apply.*

**Trident 3 holdings, LLC**

☐ Contingent
**10542 Jackson Squre Dr.**                                    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Estero**                    **FL**      **33928-1012**       _____

Date or dates debt was incurred      _____       **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __             ☑ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                                 **Unknown**
*Check all that apply.*

**Trident 3 Holdings, LLC**

☐ Contingent
**c/o Gilbert Rosenthal, P.A.**                                ☐ Unliquidated
☐ Disputed
**10542 Jackson Square Dr.**

**Basis for the claim:**

**Estero**                    **FL**      **33928**            _____

Date or dates debt was incurred      _____       **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __             ☑ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                                 **$10,000.00**
*Check all that apply.*

**Vincent Palmese**

☐ Contingent
**1829 Senegal Date Dr.**                                     ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Naples**                    **FL**      **34119**            _____

Date or dates debt was incurred      _____       **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __             ☑ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                                 **$91,000.00**
*Check all that apply.*

**Vincent Ricigliano**

☐ Contingent
**23600 Walden Center Dr., #106**                             ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Estero**                    **FL**      **34134**            _____

Date or dates debt was incurred      _____       **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __             ☑ No
☐ Yes

---

Debtor   **2SSS, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| 3.41 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

**Amount of claim**

$3,358.00

**Wells Fargo**

**420 Montgomery St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Francisco            CA      94104**

**Basis for the claim:**
_____

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2   7   7   3

Debtor    __2SSS, LLC_____    Case number (if known) _____

| | |
|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.    **Total claims from Part 1**    5a.    _____$0.00__

5b.    **Total claims from Part 2**    5b. **+** _____$1,302,566.00__

5c.    **Total of Parts 1 and 2**    5c.    $1,302,566.00
        Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name  **2SSS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known)                                     Chapter  **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Commerical Real Property Lease Contract to be REJECTED** | **Estero Ridge, LLC** |
|---|---|---|---|
| | | | **8713 Crest Lane** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Estero**                    **FL**        **33907** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **2SSS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **2SSS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

**1.**  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from Schedule A/B................................................................................................     **$0.00**

   1b. **Total personal property:**
Copy line 91A from Schedule A/B..............................................................................................     **$186,001.00**

   1c. **Total of all property**
Copy line 92 from Schedule A/B................................................................................................     **$186,001.00**

| Part 2: | Summary of Liabilities |
|---|---|

**2.**  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................     **$0.00**

**3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................................     **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................... **+     $1,302,566.00**

**4.**  **Total liabilities**
Lines 2 + 3a + 3b....................................................................................................................     **$1,302,566.00**

**Fill in this information to identify the case and this filing:**

Debtor Name      **2SSS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/07/2023**          X **/s/ Michael Franzino**
          MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        **Michael Franzino**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **2SSS, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

**From the beginning of the fiscal year to filing date:**
From **01/01/2023** to Filing date
MM / DD / YYYY
☑ Operating a business
☐ Other _____
**$542,382.59**

**For prior year:**
From **01/01/2022** to **12/31/2022**
MM / DD / YYYY    MM / DD / YYYY
☑ Operating a business
☐ Other _____
**$898,676.00**

**For the year before that:**
From **01/01/2021** to **12/31/2021**
MM / DD / YYYY    MM / DD / YYYY
☑ Operating a business
☐ Other _____
**$993,851.00**

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **2SSS, LLC**_____     Case number (if known) _____
      <span style="font-size:smaller">Name</span>

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Michael Franzino** | **5/23** | **$20,000.00** | **partial repayment of loan** |
|     <span style="font-size:smaller">Insider's name</span> | | | |
|     **9700 Fox Hallway, #2** | | | |
|     <span style="font-size:smaller">Street</span> | | | |
|     **Estero, FL 33928** | | | |

    City         State    ZIP Code

**Relationship to debtor**

_____

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:**    **Legal Actions or Assignments**

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Trident 3 Holdings, LLC v. 2 SSS, LLC** | **damages** | **Circuit Court, Lee County Florida** | ☑ Pending |
| | | <span style="font-size:smaller">Name</span> | ☐ On appeal |
| | | | ☐ Concluded |
|     **Case number** | | <span style="font-size:smaller">Street</span> | |
|     **23-CA-10668** | | | |

    City      State  ZIP Code

Debtor   **2SSS, LLC**                                          Case number (if known) _____
          Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Robert & Carol Demaria v. 2SSS, LLC et al** | damages | **Circuit Court, Lee County Florida** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | _____ | |
| | | | Street | ☐ Concluded |
| | | | _____ | |

          Case number
          **23-CA-9039**
          _____                                     _____
                                                               City           State   ZIP Code

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Miller, Hollander & Jeda** | **$4,000+$338=$4338** | **11/7/23** | **$4,338.00** |

Address

**5278 Golden Gate Pkwy, Suite 2**
Street
**Naples, FL 34116**
_____
City            State   ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

---

Debtor  **2SSS, LLC**_____  Case number (if known) _____
Name

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **FDAG, LLC** | **all assets of business** | **6/5/2023** | **$10,000.00** |

**Address**

**20041 S. Tamiami Trail, #19**
Street
**Estero, FL 33928**

City                          State      ZIP Code

**Relationship to debtor**

_____

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Chuck Fike** | **$13,100** | **4/5/23** | **$13,100.00** |

**Address**

_____
Street

City                          State      ZIP Code

**Relationship to debtor**

_____

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Tom Evans** | **$12,500** | **1/2022** | **$12,500.00** |

**Address**

_____
Street

City                          State      ZIP Code

**Relationship to debtor**

_____

Debtor    **2SSS, LLC**                                          Case number (if known) _____
          Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.4. **Frank Conway** | **$2,000** | **1/2022** | **$2,000.00** |

**Address**

_____
Street

_____

_____
City                State    ZIP Code

**Relationship to debtor**

_____

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.5. **Richard Iafelice** | **$8,000** | **1/2022** | **$8,000.00** |

**Address**

_____
Street

_____

_____
City                State    ZIP Code

**Relationship to debtor**

_____

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.6. **Jason Sherman** | **$6,500** | **1/2022** | **$6,500.00** |

**Address**

_____
Street

_____

_____
City                State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:    Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    **2SSS, LLC**                                          Case number (if known) _____
          Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>Name<br><br>Street<br><br><br>City          State   ZIP Code | XXXX- 1 8 8 0 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 10/23 | ($25.00) |

Debtor   __2SSS, LLC_____   Case number (if known) _____
                  Name

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before
filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a
building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held
in trust.  Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of
the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor
formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a
similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in
violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

Debtor   __2SSS, LLC_____   Case number (if known) _____
        Name

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**                                                                      **Dates of service**

26a.1.   **Pruitt Cordell & Associates**                                          From _____   To _____
       Name
       **19910 S. Tamiami Trail, Suite D**
       Street
       **Estero, FL 33928**

       City              State    ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                                                      **If any books of account and records are unavailable, explain why**

26c.1.   **Pruitt Cordell & Associates**
       Name
       **19910 S. Tamiami Trail, Suite D**
       Street
       **Estero, FL 33928**

       City              State    ZIP Code

**Name and address**                                                                      **If any books of account and records are unavailable, explain why**

26c.2.   **Michael Franzino**
       Name
       **9700 Fox Hallway, #2**
       Street
       **Estero, FL 33928**

       City              State    ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **2SSS, LLC**                                          Case number (if known) _____
       Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Mike Franzino** | | **President** | **36.539%** |
| **Ray Franzino** | | **Director** | **12%** |
| **Chuck Fike** | | **Director** | **10.4%** |
| **Dave Peacock** | | **Director** | **10.4%** |
| **Tom Evans** | | **Director** | **4.261%** |
| **Robert DeMaria** | | **Director** | **4%** |
| **Vincent Palmese** | | **Director** | **4%** |
| **Jason Sherman** | | **Director** | **3.2%** |
| **Richard Iafelice** | | **Director** | **2.4%** |
| **James Carter** | | **Director** | **2.4%** |
| **Trident 3 Holdings, LLC** | | **Director** | **2.4%** |
| **Ed Minicozzi** | | **Director** | **2.4%** |
| **John Heitmann** | | **Director** | **1.6%** |
| **Matt Franzino** | | **Director** | **0.8%** |
| **Chris Franzino** | | **Director** | **0.8%** |
| **Jack Webb** | | **Director** | **0.8%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

Debtor   **2SSS, LLC**
                Name                                                    Case number (if known)

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☑ No
    ☐ Yes.  Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/07/2023**
                MM / DD / YYYY

**X** **/s/ Michael Franzino**                                              Printed name **Michael Franzino**
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:   **2SSS, LLC**                                                                     CASE NO

                                                                                        CHAPTER   **7**

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

| | |
|---|---|
| **Amount paid:** | $4,000.00 |
| **Amount to be paid:** | |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Debtor |

*1.The undersigned is the attorney for the Debtor(s) in this case and hereby enters the appearance of Richard J. Hollander and Melissa H. Jeda, of Miller, Hollander and Jeda, as attorneys for the Debtor(s).*

*2.The total compensation promised the firm of Miller, Hollander and Jeda by the Debtor(s) for the services rendered or to be rendered in connection with this case is $4,000.00, plus a filing fee of $338.00 an additional $350.00 per hour, plus costs, is agreed to be paid for any adversary proceedings, motions or hearings other than the creditor's meeting the only compensation which has been received from the Debtor(s) or any other person on said account is $4,000.00 plus the filing fee of $338.00; and the source of the compensation paid is the Debtor(s).*

*3.The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except as allowed by law.*

Date  12/7/2023_____

___/s/ Richard J. Hollander_____
***Richard J. Hollander***                          Bar No.  **884900**
Miller, Hollander & Jeda
5278 Golden Gate Pkwy
Suite 2
Naples, FL 34116
Phone: (239) 775-2000 / Fax: (239) 775-7953

Alsco
1100 N. Lime Ave.
Sarasota, FL 34237

David Peacock
17837 Vaca Ct.
Ft. Myers, FL 33908

James Carter
18073 Laurel Valley Road
Ft. Myers, FL 33967

Amex
200 Vesey St.
New York, NY 10285

Diocesan
P.O. Box 547216
Orlando, FL 32854

Jason Sherman
23159 Amgci Way, #3-111
Estero, FL 33928

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

DirecTv
P.O. Box 5006
Carol Stream, IL 60197

John Heitmann
17836 Vaca Ct.
Ft. Myers, FL 33908

Brian J. Downey, Esq.
14090 Metropolis Avenue, Suite
Fort Myers, FL 33912

Discover
P.O. Box 30943
Salt Lake City, UT 84130

John R. Benjamin
30 N. Gould St., Ste. 23809
Sheridan, WY 82801

Capital One
P.O. Box 180
St. Cloud, MN 56302

Ed Minicozzi
11 Oak Point Dr. West
Bayville, NY 11709

Jorns & Associates ERC
88 Elm Street
Rochester, NY 14604

Carisma James
1047 montie Rd
Lincoln Park, MI 48146

Estero Ridge, LLC
8713 Crest Lane
Estero, FL 33907

Justin Jorns
30 N. Gould St., Ste. 23809
Sheridan, WY 82801

Centurylink
100 Century Link Drive
Monroe, LA 71203

Frank Conway
20420 Corkscrew Shores Blvd.
Estero, FL 33928

Matt Franzino
17819 Vaca Ct.
Ft. Myers, FL 33908

Chris Franzino
9700 Foxhall Way, Unit 2
Estero, FL 33928

Gilbert Rosenthal
c/o Gilbert Rosenthal, P.A.
10542 Jackson Square Dr.
Estero, FL 33928

Michael Franzino
9700 Faxhall Way, Unit 2
Estero, FL 33928

Chuck Fike
10538 Jackson Square Dr.
Estero, FL 33928

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Pruitt Cordell
19910 S. Tamitami Trail, Suite
Estero, FL 33928

Citicards
P.O. Box 9001037
Louisville, KY 40290

Jack Webb Horton
23600 Brookville Ct.
Ft. Myers, FL 33967

Ray Franzino
17819 Vaca Ct.
Ft. Myers, FL 33908

Richard Iafelice
11997 Princess Grace Ct.
Cape Coral, FL 33991

Wells Fargo
420 Montgomery St.
San Francisco, CA 94104


Ring Central
20 Davis Drive
Belmont, CA 94002


Robert & Carol Demaria
c/o M. Brian Cheffer, Esq.
Cheffer & Hagen, P.A.
2120 McGregor Boulevard
Fort Myers, FL 33901

Robert & Carol Demaria
24917 Fairwinds Lane
Bonita Springs, FL 34135


Rory Holcomb
10119 Bismark Palms Ave
Las Vegas, NV 89166


SBA Loan
P.O. Box 3918
Portland, OR 97208


Trident 3 holdings, LLC
10542 Jackson Squre Dr.
Estero, FL 33928-1012


Trident 3 Holdings, LLC
c/o Gilbert Rosenthal, P.A.
10542 Jackson Square Dr.
Estero, FL 33928

Vincent Palmese
1829 Senegal Date Dr.
Naples, FL 34119


Vincent Ricigliano
23600 Walden Center Dr., #106
Estero, FL 34134